IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br>425 Third Street SW, Suite 800<br>Washington, DC 20024,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001,<br><br>        Defendant. | Civil Action No. |

## COMPLAINT

Plaintiff Judicial Watch, Inc. ("Plaintiff") brings this action against Defendant U.S. Department of Justice ("Defendant") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

### JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

### PARTIES

3. Plaintiff Judicial Watch, Inc. ("Plaintiff") is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street SW, Suite 800, Washington, DC 20024. Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law. As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA. Plaintiff analyzes

the responses it receives and disseminates its findings and any responsive records to the American public to inform them about "what their government is up to."

    4.     Defendant U.S. Department of Justice ("Defendant") is an agency of the United States Government and is headquartered at 950 Pennsylvania Avenue NW, Washington, DC 20530-0001. On information and belief, Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

    5.     On August 6, 2018, Plaintiff submitted a FOIA request to the FBI, a component of Defendant, seeking the following records:

> **1.    Ohr FD-302 12/19/16 (interview date 11/22/16)**
> **2.    Ohr FD-302 12/19/16 (interview date 12/5/16)**
> **3.    Ohr FD-302 12/19/16 (interview date 12/12/16)**
> **4.    Ohr FD-302 12/27/16 (interview date 12/20/16)**
> **5.    Ohr FD-302 1/27/17 (interview date 1/27/17)**
> **6.    Ohr FD-302 1/31/17 (interview date 1/23/17)**
> **7.    Ohr FD-302 1/27/17 (interview date 1/25/17)**
> **8.    Ohr FD-302 2/8/17 (interview date 2/6/17)**
> **9.    Ohr FD-302 2/15/17 (interview date 2/14/17)**
> **10.  Ohr FD-302 5/10/17 (interview date 5/8/17)**
> **11.  Ohr FD-302 5/12/17 (interview date 5/12/17)**
> **12.  Ohr FD-302 5/16/17 (interview date 5/15/17)**

    6.     The FBI responded to Plaintiff's request by a letter dated August 16, 2018 and advised Plaintiff that the request had been assigned FOIPA Request No. 1413700-000.

    7.     With respect to FOIPA Request No. 1413700-000, the FBI has failed to do any of the following within the time period required by FOIA: (i) produce the requested records or demonstrate that the requested records are lawfully exempt from production; (ii) notify Plaintiff of the scope of any responsive records it intends to produce or withhold and the reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

<u>**COUNT I**</u>
**(Violation of FOIA, 5 U.S.C. § 552)**

8. Plaintiff realleges paragraphs 1 through 7 as if fully stated herein.

9. Defendant is violating FOIA by failing to produce the requested records.

10. Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with FOIA.

11. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's request and/or demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to the request; (2) order Defendant to produce, by a date certain, any and all non-exempt records to Plaintiff's request and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to the request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: September 10, 2018               Respectfully submitted,

                                        */s/ Lauren M. Burke*
                                        Lauren M. Burke
                                        D.C. Bar No. 1028811
                                        JUDICIAL WATCH, INC.
                                        425 Third Street SW, Suite 800
                                        Washington, DC 20024
                                        Phone: (202) 646-5172
                                        Email: lburke@judicialwatch.org

                                        *Counsel for Plaintiff*